IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and <br> ABBOTT DIABETES CARE LIMITED, <br> <br> Plaintiffs, <br> <br> v. <br> <br> DEXCOM, INC., <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 23-239-KAJ <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Defendant DexCom, Inc. to move, plead, or otherwise respond to the Complaint is extended through and including May 12, 2023.

| | |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Nathan R. Hoeschen* |
| Jack B. Blumenfeld (No. 1014) | John W. Shaw (No. 3362) |
| Rodger D. Smith II (No. 3778) | Andrew E. Russell (No. 5382) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Nathan R. Hoeschen (No. 6232) |
| 1201 North Market Street | SHAW KELLER LLP |
| P.O. Box 1347 | I.M. Pei Building |
| Wilmington, DE 19899 | 1105 North Market Street, 12th Floor |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@morrisnichols.com | (302) 298-0700 |
| rsmith@morrisnichols.com | jshaw@shawkeller.com |
| *Attorneys for Plaintiffs* | arussell@shawkeller.com |
| | nhoeschen@shawkeller.com |
| Dated: March 10, 2023 | *Attorneys for Defendant* |