IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT DIABETES CARE LIMITED,<br><br>   Plaintiffs,<br><br> v.<br><br>DEXCOM, INC.,<br><br>   Defendant.<br><br>DEXCOM, INC.,<br><br>   Counterclaim Plaintiff,<br><br> v.<br><br>ABBOTT DIABETES CARE INC. and ABBOTT DIABETES CARE SALES CORP.,<br><br>   Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-239-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER GRANTING DEXCOM'S
<u>MOTION TO DISMISS AND TO STRIKE</u>**

At Wilmington this ____ day of _____, 2023, the Court having considered DexCom, Inc.'s Motion to Dismiss and to Strike; it is HEREBY ORDERED that the motion is GRANTED as follows:

1. Abbott Diabetes Care Inc. and Abbott Diabetes Care Ltd.'s ("Abbott's") Counter-Counterclaims I-IV are DISMISSED with prejudice;

2. Abbott's affirmative defense of inequitable conduct is STRUCK; and,

3. Abbott's request for attorney's fees and costs as damages is STRUCK.

                                                                          _____
                                                                          Judge Kent A. Jordan