IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT DIABETES CARE LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCOM, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 23-239 (GBW) ) ) ) ) ) |
| DEXCOM, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> ABBOTT DIABETES CARE INC. and ABBOTT DIABETES CARE SALES CORP., <br><br> Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION AND (PROPOSED) ORDER

The parties hereby stipulate and agree, subject to the approval of the Court, as follows:

1. The deadline for the parties to substantially complete custodial ESI production as set forth in the Stipulation and Order dated July 26, 2024 (D.I. 172) shall be extended to October 24, 2024; and

2. The deadline for parties to provide final responses to contention interrogatories as set forth in paragraph 4(d)(2) of the Court's Scheduling Order (D.I. 54) shall be extended to December 19, 2025.

.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| /s/ *Rodger D. Smith II* | /s/ *Karen E. Keller* |

<div style="display: flex;">

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Rodger D. Smith II*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiffs*

September 19, 2024

SHAW KELLER LLP

/s/ *Karen E. Keller*
_____
John W. Shaw (#3362)
Karen E. Keller (#4489)
Andrew E. Russell (#5382)
Nathan R. Hoeschen (#6232)
Emily S. DiBenedetto (#6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Defendant*

</div>

SO ORDERED this _____ day of September 2024.

_____
United States District Court Judge