IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT DIABETES CARE LIMITED,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXCOM, INC.,<br><br>    Defendant.<br>DEXCOM, INC.,<br><br>    Counter-Plaintiff,<br>    v.<br><br>ABBOTT DIABETES CARE INC. and ABBOTT DIABETES CARE SALES CORP.,<br><br>    Counter-Defendants. | C.A. No. 23-239-GBW |

## STIPULATION OF DISMISSAL WITH PREJDICE

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through undersigned counsel, and subject to the approval of the Court, that all claims and counterclaims asserted by the parties in this case shall be dismissed with prejudice, with each party to bear its own attorneys' fees, expenses, and costs associated with the aforementioned claims and counterclaims.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Roger D. Smith II* <br> Jack B. Blumenfeld (#1014) <br> Rodger D. Smith II (#3778) <br> Anthony D. Raucci (#5948) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> rsmith@morrisnichols.com <br> araucci@morrisnichols.com <br><br> *Attorneys for Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corp. and Abbott Diabetes Care Limited* | */s/ Nathan R. Hoeschen* <br> John W. Shaw (#3362) <br> Andrew E. Russell (#5382) <br> Nathan R. Hoeschen (#6232) <br> Emily S. DiBenedetto (#6779) <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> arussell@shawkeller.com <br> nhoeschen@shawkeller.com <br> edibenedetto@shawkeller.com <br><br> *Attorneys for Dexcom Inc.* |

Dated: December 23, 2024

SO ORDERED this _____ day of _____ 2024.

_____
United States District Court Judge